# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ERIC WEAVER, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | No. 4:17-CV-1918 |
| UNITED STATES OF AMERICA, *ET AL.*, | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of August 2018, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 25) is **GRANTED**.

2. The Defendants' motion for partial summary judgment (Doc. 16) is **DISMISSED AS MOOT**.

3. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

4. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge